UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**REINA REYES-GARCIA** — **CIVIL ACTION NO: 26-CV-1553**

**VERSUS** — **DISTRICT JUDGE CAIN**

**BRIAN ACUNA, ET AL** — **MAGISTRATE JUDGE HORNSBY**

# ORDER

Considering the foregoing Motion to Set Aside Default filed by Defendants and the lack of opposition thereto;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Set Aside Default Judgment is **GRANTED**, and the Clerk's entry of Default against the Defendants is hereby **VACATED**. The clerk is requested to file the proposed response and exhibit to the habeas petition, which is referred to the magistrate judge for report and recommendation.

DONE AND SIGNED in chambers on this 24th day of July, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE